UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAREK MOLSKI, | ) | Civil No. 06cv2109-L(RBB) |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| v. | ) ) | |
| THE BRIGANTINE, dba MIGUEL'S COCINA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

On June 21, 2007, the parties filed a joint motion for dismissal with prejudice. Pursuant to the parties' request, the District Court shall retain jurisdiction over all disputes between or among the parties arising out of their settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: June 22, 2007

M. James Lorenz
United States District Court Judge

1  COPY TO:

2  HON. RUBEN B. BROOKS
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28